WOLKIN, PLAINTIFF-APPELLANT, *v.* SALAMONE, DEFENDANT-APPELLEE.

Ohio Appeals, Eighth District, Cuyahoga County.

No. 26272.    Decided June 14, 1963.

*Mr. Robert A. Williams*, for plaintiff-appellant.
*Mr. Sam Lerner*, for defendant-appellee.

*Per Curiam.* Judgment affirmed. The plaintiff's action, based on contract for money only, was filed and service had after the defendant was adjudicated a bankrupt and the claim was listed as a debt of the bankrupt. Default judgment was then entered for the plaintiff before the defendant was discharged in the bankruptcy proceeding. The bankrupt did not

seek to stay the plaintiff's action pending his discharge in bankruptcy. Such failure to seek a stay pending the discharge of the defendant from the obligation to pay said debt does not prevent him from setting up his discharge as a defense to a proceeding seeking to enforce such judgment filed after his discharge in bankruptcy.

SKEEL, C. J., SILBERT and CORRIGAN, JJ., concur.